```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MIGUEL IVAN CORONA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-CR-0049 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MIGUEL IVAN CORONA, | ) | |
| | ) | |
| Defendant. | ) | Date: April 20, 2010 |
| | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MIGUEL IVAN CORONA, that the status conference scheduled for April 20, 2010 may be continued to May 18, 2010, at 9:30 a.m.

Defense counsel is awaiting prior court records that may raise issues requiring additional research by the defense.  To afford time to receive those records and to review, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to

exclude time under the Speedy Trial Act from the date of this order through May 18, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 16, 2010        /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for MIGUEL IVAN CORONA


                             BENJAMIN B. WAGNER
                             United States Attorney

Dated: April 16, 2010        /s/ T. Zindel for M. Anderson
                             MICHAEL D. ANDERSON
                             Assistant U.S. Attorney

**O R D E R**

The status conference is continued to May 18, 2010, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through May 18, 2010.

IT IS SO ORDERED.

Dated: April 16, 2010
                             /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             U. S. District Judge

Stip. & Order                2