DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL IVAN CORONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-CR-0049 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MIGUEL IVAN CORONA, | ) | |
| | ) | |
| Defendant. | ) | Date:  May 18, 2010 |
| | ) | Time:  9:30 a.m. |
| _____ | ) | Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MIGUEL IVAN CORONA, that the status conference scheduled for May 18, 2010 may be continued to June 29, 2010, at 9:30 a.m.

   Defense counsel is awaiting prior court records that may raise issues requiring additional research by the defense.  To afford time to receive those records and to review, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to

1  exclude time under the Speedy Trial Act from the date of this order
2  through June 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
3  (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  May 13, 2010                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MIGUEL IVAN CORONA


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  May 13, 2010                    /s/ T. Zindel for M. Anderson
                                        MICHAEL D. ANDERSON
                                        Assistant U.S. Attorney


**O R D E R**

  The status conference is continued to June 29, 2010, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 29, 2010.

  IT IS SO ORDERED.


Dated: May 13, 2010                     /s/John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge

Stip. & Order                           2