1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MIGUEL IVAN CORONA
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. 2:10-CR-0049 JAM
                                  )
14               Plaintiff,       )
                                  )  **STIPULATION AND ORDER**
15       v.                       )  **CONTINUING STATUS CONFERENCE**
                                  )  **AND EXCLUDING TIME**
16 MIGUEL IVAN CORONA,            )
                                  )
17               Defendant.       )  Date:  June 29, 2010
                                  )  Time:  9:30 a.m.
18 _____)  Judge: Hon. John A. Mendez

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, MIGUEL IVAN CORONA, that the status conference
22 scheduled for June 29, 2010 may be continued to July 20, 2010, at 9:30
23 a.m.
24       Defense counsel seeks additional time to present materials in
25 mitigation of the pending plea offer to counsel for the United States.
26 To afford time to do so, the parties agree that the ends of justice to be
27 served by a continuance outweigh the best interests of the public and the
28 defendant in a speedy trial, and they ask the Court to exclude time under

the Speedy Trial Act from the date of this order through July 20, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: June 24, 2010        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MIGUEL IVAN CORONA


BENJAMIN B. WAGNER
United States Attorney

Dated: June 24, 2010        /s/ T. Zindel for M. Anderson
MICHAEL D. ANDERSON
Assistant U.S. Attorney

### **O R D E R**

The status conference is continued to July 20, 2010, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 20, 2010.

IT IS SO ORDERED.

Dated: June 24, 2010
/s/ John A. Mendez
U.S. District Court Judge

Stip. & Order                                    2