DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL IVAN CORONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-CR-0049 JAM |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| MIGUEL IVAN CORONA, ) | |
| ) | |
| Defendant. ) | Date:  July 20, 2010 |
| ) | Time:  9:30 a.m. |
| _____ ) | Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MIGUEL IVAN CORONA, that the status conference scheduled for July 20, 2010 may be continued to August 17, 2010, at 9:30 a.m.

   Having obtained records concerning Mr. Corona's prior conviction, defense counsel is researching the question whether his conviction is a crime of violence within the meaning of the guidelines or whether it is an aggravated felony under immigration laws. Additional investigation may also be warranted. To afford time to do so, the parties agree that

the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through August 17, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

Dated:  July 16, 2010          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for MIGUEL IVAN CORONA


                               BENJAMIN B. WAGNER
                               United States Attorney

Dated:  July 16, 2010          /s/ T. Zindel for M. Anderson
                               MICHAEL D. ANDERSON
                               Assistant U.S. Attorney


**O R D E R**

    The status conference is continued to August 17, 2010, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 17, 2010.

    IT IS SO ORDERED.

Dated:  July 16, 2010          /s/ John A. Mendez
                               HON. JOHN A. MENDEZ
                               United States District Judge