DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL IVAN CORONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-CR-0049 JAM |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| MIGUEL IVAN CORONA, | ) |
| Defendant. | ) Date:  August 17, 2010 |
| | ) Time:  9:30 a.m. |
| _____ | ) Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MIGUEL IVAN CORONA, that the status conference scheduled for August 17, 2010 may be continued to September 14, 2010, at 9:30 a.m.

   Having obtained records concerning Mr. Corona's prior conviction, defense counsel is researching the question whether his conviction is a crime of violence within the meaning of the guidelines or whether it is an aggravated felony under immigration laws. Additional investigation may also be warranted. To afford time to do so, the parties agree that

1  the ends of justice to be served by a continuance outweigh the best
2  interests of the public and the defendant in a speedy trial, and they
3  ask the Court to exclude time under the Speedy Trial Act from the date
4  of this order through September 14, 2010, pursuant to 18 U.S.C. §
5  3161(h)(7)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  August 13, 2010                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MIGUEL IVAN CORONA


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  August 13, 2010                 /s/ T. Zindel for M. Anderson
                                        MICHAEL D. ANDERSON
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to September 14, 2010, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 14, 2010.

IT IS SO ORDERED.

```
Dated:  August 13, 2010                 /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge
```