DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL IVAN CORONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIGUEL IVAN CORONA,<br><br>　　　　Defendant.<br>_____ | No. 2:10-CR-0049 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:　September 28, 2010<br>Time:　9:30 a.m.<br>Judge:　Hon. John A. Mendez |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MIGUEL IVAN CORONA, that the status conference scheduled for September 28, 2010 may be continued to October 12, 2010, at 9:30 a.m.

　　　Having obtained records concerning Mr. Corona's prior conviction, defense counsel is researching the question whether his conviction is a crime of violence within the meaning of the guidelines or whether it is an aggravated felony under immigration laws. Additional investigation may also be warranted. To afford time to do so, the parties agree that

the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through October 12, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

Dated: September 21, 2010         /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for MIGUEL IVAN CORONA


                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated: September 21, 2010         /s/ T. Zindel for M. Beckwith
                                  MICHELE BECKWITH
                                  Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 12, 2010, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 12, 2010.

IT IS SO ORDERED.

Dated: September 21, 2010         /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
                                  United States District Judge

Stip. & Order                     2