```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MIGUEL IVAN CORONA
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:10-CR-0049 JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MIGUEL IVAN CORONA, | ) | |
| | ) | |
| Defendant. | ) | Date:  October 12, 2010 |
| | ) | Time:  9:30 a.m. |
| _____ | ) | Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, MIGUEL IVAN CORONA, that the status conference scheduled for October 12, 2010 may be continued to October 26, 2010, at 9:30 a.m.

   Using records he has obtained during prior investigation, defense counsel is preparing a written request for leniency in hopes of resolving Mr. Corona's case.  So that the request may be completed and reviewed, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy

trial and ask the Court to exclude time under the Speedy Trial Act from the date of this order through October 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  October 7, 2010                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MIGUEL IVAN CORONA


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  October 7, 2010                 /s/ T. Zindel for M. Beckwith
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to October 26, 2010, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 26, 2010.

IT IS SO ORDERED.

Dated: October 7, 2010
                                        /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge

Stip. & Order                           2