```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MIGUEL IVAN CORONA
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     )  No. 2:10-CR-0049 JAM
                                  )
14              Plaintiff,        )
                                  )  STIPULATION AND ORDER
15       v.                       )  CONTINUING STATUS CONFERENCE
                                  )  AND EXCLUDING TIME
16  MIGUEL IVAN CORONA,           )
                                  )
17              Defendant.        )  Date:  October 26, 2010
                                  )  Time:  9:30 a.m.
18  _____ )  Judge: Hon. John A. Mendez

19
```

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Miguel Corona, that the status conference scheduled for October 26, 2010, may be continued to November 9, 2010, at 9:30 a.m.

    Defense counsel has forwarded his proposed resolution along with supporting evidence to counsel for the government, who will need time to review it. After the government responds, defense counsel will need additional time to consult with Mr. Corona, whom the Marshal has housed in Oroville. Consequently, the parties agree that the ends of justice to

be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and ask the Court to exclude time under the Speedy Trial Act from the date of this order through November 9, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

Dated: October 21, 2010     /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MIGUEL IVAN CORONA

BENJAMIN B. WAGNER
United States Attorney

Dated: October 21, 2010     /s/ T. Zindel for M. Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to November 9, 2010, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 9, 2010.

IT IS SO ORDERED.

Dated: October 22, 2010
/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

Stip. & Order                    2