DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL IVAN CORONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-CR-0049 JAM |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| MIGUEL IVAN CORONA, | ) |
| Defendant. | ) Date: November 9, 2010 |
| | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Miguel Corona, that the status conference scheduled for November 9, 2010, may be continued to December 7, 2010, at 9:30 a.m.

   Defense counsel seeks additional time to discuss with Mr. Corona the government's response to his proposed resolution and to negotiate on his behalf. Mr. Corona is housed in Butte County, making access difficult. To afford time to consult and to consider, the parties agree that the ends of justice to be served by a continuance outweigh the best interests

of the public and the defendant in a speedy trial and ask the Court to exclude time under the Speedy Trial Act from the date of this order through December 7, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  November 5, 2010                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MIGUEL IVAN CORONA


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  November 5, 2010                /s/ T. Zindel for M. Beckwith
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to December 7, 2010, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through December 7, 2010.

IT IS SO ORDERED.

```
Dated:  November 5, 2010                /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge
```

Stip. & Order                                   2