DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL IVAN CORONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MIGUEL IVAN CORONA,<br><br>          Defendant. | No. 2:10-CR-0049 JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  December 7, 2010<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Miguel Corona, that the status conference scheduled for December 7, 2010, may be continued to January 4, 2011, at 9:30 a.m., for change of plea and sentencing.

   Mr. Corona has decided to plead guilty to the indictment in an agreement that allows him to argue for a below-guidelines sentence. A pre-plea PSR has been prepared so that sentencing can take place immediately after his change of plea. However, defense counsel would like to present written arguments in mitigation of sentence prior to the

hearing, to afford the government time to respond and to afford the Court time to consider the parties' arguments.  Accordingly, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and ask the Court to exclude time under the Speedy Trial Act from the date of this order through January 4, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  December 3, 2010            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for MIGUEL IVAN CORONA


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:  December 3, 2010            /s/ T. Zindel for M. Beckwith
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to January 4, 2011, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 4, 2011.

IT IS SO ORDERED.

```
Dated:  December 6, 2010            /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge
```